**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

| | |
|---|---|
| In Debtor(s)<br>Re:  **Walliang Rosene**<br>8260 Ridge Road<br>Fairburn, GA 30213<br><br>xxx−xx−5645<br><br>**Sophia Loretta Rosene**<br>8260 Ridge Road<br>Fairburn, GA 30213<br><br>xxx−xx−1411 | Case No.: **18−52595−wlh**<br>Chapter:  **7**<br>Judge:  **Wendy L. Hagenau** |

### DISCHARGE OF DEBTOR(S) WITH ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, CLOSING ESTATE AND DISCHARGING TRUSTEE

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Bankruptcy Code, (the Bankruptcy Code).

It further appears that the trustee in the above styled case has filed a report of no distribution and said Trustee has performed all other and further duties required in the administration of said estate; accordingly, it is hereby

**ORDERED** that the said estate is closed; that the Trustee is discharged from and relieved of said trust.

_____
Wendy L. Hagenau
United States Bankruptcy Judge

Dated:   September 25, 2018

Form 182

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION REGARDING THE BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE**

FORM 182 continued

# EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. [In a case involving community property: There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

This discharge does not affect any property of the estate as defined by section 541 of the Bankruptcy Code, and the automatic stay of section 362(a) of the Bankruptcy Code continues to apply to any property of the estate unless and until the automatic stay has been terminated by order of the court or expires pursuant to section 362(c) of the Bankruptcy Code. Such property remains subject to administration by the trustee on behalf of the bankruptcy estate.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are *not* discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**This Bankruptcy Discharge is an important document that you should retain in the event a copy is needed in the future. If you request a copy from the Clerk's Office at a later date, you will be required to pay a fee.**

```
                         United States Bankruptcy Court
                          Northern District of Georgia
In re:                                                    Case No. 18-52595-wlh
Walliang Rosene                                           Chapter 7
Sophia Loretta Rosene
        Debtors                 CERTIFICATE OF NOTICE
District/off: 113E-9          User: goryy                 Page 1 of 2                  Date Rcvd: Sep 25, 2018
                              Form ID: 182                Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2018.
db/jtdb        +Walliang Rosene,    Sophia Loretta Rosene,    8260 Ridge Road,    Fairburn, GA 30213-1954
21331780       +American InfoSource LP as agent for Dire,    PO Box 51178,    c/o Amanda Matchett,
                 Los Angeles, CA 90051-5478
21585229       +Atlanta Unique Auto Sales, Inc.,    Attn: Bankruptcy Dept,    6280 Buford HWY,
                 Norcross, GA 30071-2310
21387394       +C/o Howe Law Firm, P.C.,    4385 Kimball Bridge Road, Suite 100,    Alpharetta, GA 30022-4474
21497001        CACH, LLC its successors and assigns as assignee,    of General Electric Capital Corporation,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
21696619       +Dakota Financial LLC,    c/o Registered Agent Solutions Inc,    9 E. Loockerman Street, Ste 311,
                 Dover, DE 19901-8305
21331785       +Daniella Bigot,    4036 Wetherbum Way NW,    Peachtree Corners, GA 30092-7401
21331786        Department of Justice, Tax Division,    Civil Trial Section, Southern,    75 Turner Drive, S.W.,
                 Atlanta, GA 30303
21331789        Internal Revenue Service - Atl,    401 W Peachtree St. NW,    Stop 334-D,    Atlanta, GA 30308
21331790       +Lefkoff, Rubin, Gleason & Russo, PC,    5555 Glenridge Connector,    Suite 900,
                 Atlanta, GA 30342-4762
21331791       +Office of Attorney General,    Attn: Bankruptcy Dept,    40 Capitol Sq SW,
                 Atlanta, GA 30334-9057
21331792       +Pamila Bigot,    4036 Wetherbum Way NW,    Peachtree Corners, GA 30092-7401
21331795       +Psi Designs & Traditions, Inc.,    c/o Magnolia Condo Association,    PO Box 1176,
                 Jonesboro, GA 30237-1176
21696617        Rent To Own Outlet LLC,    Attn: Chasity Isabelle, Reg. Agt,    1888 Cooper Landing Dr SW,
                 Smyrna, GA 30080
21696616       +Rent to Own Outlet LLC,    Attn: Shaun Hall, Officer,    5042 Roosevelt Hwy,
                 Union City, GA 30291-1141
21331799       +Shapiro Pendergast & Hasty, LLP,    Attn: Bankruptcy Dept,
                 211 Perimeter Center Parkway, N.E., Suit,    Atlanta, GA 30346-1305
21331800        Special Assistant U.S. Attorney,    401 W. Peachtree Street, NW,    STOP 1000-D, Suite 600,
                 Atlanta, GA 30308
21331802       +UHEAA - Account Services,    Attn: Bankruptcy Dept,    PO Box 145108,
                 Salt Lake City, UT 84114-5108
21331804       +US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
21331803        United States Attorney’s Office,    75 Turner Drive, S.W., Suite 600,    Atlanta , GA 30303
21331805      ++VENGROFF WILLIAMS INC,    PO BOX 4155,    SARASOTA FL 34230-4155
               (address filed with court: Vengroff Williams, Inc.,     Attn: Bankruptcy Dept,
                 2211 Fruitville Road,    Sarasota, FL 34237)
21696620       +Vanessa A. Leo, Esq.,    Shapiro Pendergast & Hasty, LLP,
                 211 Perimeter Center Pkwy NE, Ste 300,    Atlanta, GA 30346-1305

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              EDI: PHINAMERI.COM Sep 26 2018 01:53:00      Americredit Financial Services, Inc.,
                 P.O Box 183853,    Arlington, TX  76096
cr             +EDI: RMSC.COM Sep 26 2018 01:53:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
21425265        EDI: PHINAMERI.COM Sep 26 2018 01:53:00      Americredit Financial Services, Inc.,
                 dba GM Financial,    PO Box 183853,    Arlington, TX 76096
21331781       +EDI: PHINAMERI.COM Sep 26 2018 01:53:00      AmeriCredit Financial Services, Inc. dba,
                 Attn: Bankruptcy Dept,    P O Box 183853,    Arlington, TX 76096-3853
21331779       +EDI: AIS.COM Sep 26 2018 01:53:00      America InfoSourse LP,    c/o Ashley Boswell,
                 P.O. BOX 248848,    Oklahoma City, OK 73124-8848
21331782       +EDI: CHASE.COM Sep 26 2018 01:53:00      Chase Card Services,    Attn: Bankruptcy Dept,
                 P O Box 15298,    Wilmington, DE 19850-5298
21331783       +EDI: CHASE.COM Sep 26 2018 01:53:00      Chase Card Services,    Attn: Correspondence Dept,
                 P O Box 15298,    Wilmington, DE 19850-5298
21696618       +E-mail/Text: portfoliomanagement@dakotafin.com Sep 25 2018 22:28:48      Dakota Financial LLC,
                 c/o Christopher Parker, CFO,    11755 Wilshire Blvd, Ste 1670,    Los Angeles, CA 90025-1526
21331784       +E-mail/Text: portfoliomanagement@dakotafin.com Sep 25 2018 22:28:48      Dakota Financial, LLC,
                 Attn: Bankruptcy Dept,    11755 Wilshire Blvd, Ste 1670,    Los Angeles, CA 90025-1526
21331788        EDI: IRS.COM Sep 26 2018 01:53:00      Department of the Treasury,    Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia PA 19101-7346
21331787        EDI: GADEPTOFREV.COM Sep 26 2018 01:53:00      Georgia Dept of Revenue,    Bankruptcy Section,
                 1800 Century Blvd NE, Ste 9100,    Atlanta, GA 30345
21331793        EDI: PRA.COM Sep 26 2018 01:53:00      Portfolio Recovery Associates, LLC,    Attn: Bankruptcy,
                 POB 41067,    Norfolk, VA 23541
21436535        EDI: PRA.COM Sep 26 2018 01:53:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk VA 23541
21331794       +EDI: PRA.COM Sep 26 2018 01:53:00      PRA RECEIVABLES MANAGEMENT, LLC,    c/o Adeanne Hooks,
                 POB 41067,    Norfolk, VA 23541-1067
21335174       +EDI: PRA.COM Sep 26 2018 01:53:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
21462826        E-mail/Text: bkdepartment@rtresolutions.com Sep 25 2018 22:30:36
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
```

```
District/off: 113E-9          User: goryy                 Page 2 of 2                  Date Rcvd: Sep 25, 2018
                              Form ID: 182                Total Noticed: 47

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
21331796       +E-mail/Text: bkdepartment@rtresolutions.com Sep 25 2018 22:30:36
                 Real Time Resolutions, Inc.,    Attn: Bankruptcy Dept,   1349 Empire Central Drive, Suite #150,
                 Dallas, TX 75247-4029
21331797       +EDI: DRIV.COM Sep 26 2018 01:53:00       SANTANDER CONSUMER USA INC,    Attn: Bankruptcy Dept,
                 P O BOX 961245,    FORT WORTH, TX 76161-0244
21386703       +EDI: DRIV.COM Sep 26 2018 01:53:00       Santander Consumer USA Inc.,    P.O. Box 961245,
                 Fort Worth, TX 76161-0244
21331798       +E-mail/Text: jennifer.chacon@spservicing.com Sep 25 2018 22:32:07
                 Select Portfolio Servicing, Inc.,    Attn: Bankruptcy Dept,   P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
21498609        E-mail/Text: jennifer.chacon@spservicing.com Sep 25 2018 22:32:07
                 The Bank of New York Mellon,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
21335379       +E-mail/Text: usagan.bk@usdoj.gov Sep 25 2018 22:29:50      U. S. Attorney,
                 600 Richard B. Russell Bldg.,    75 Ted Turner Drive, SW,   Atlanta GA 30303-3315
21331801       +E-mail/Text: electronicbkydocs@nelnet.net Sep 25 2018 22:30:20
                 U.S. Dept of Education/Nelnet,    Attn: Bankruptcy Dept,   121 South 13th St, Suite 201,
                 Lincoln, NE 68508-1911
21362761       +E-mail/Text: electronicbkydocs@nelnet.net Sep 25 2018 22:30:20
                 US Department of Education co Nelnet,    121 SOUTH 13TH STREET SUITE 201,
                 LINCOLN, NE 68508-1911
21331806       +EDI: WFFC.COM Sep 26 2018 01:53:00       WELLS FARGO BANK,   Attn: Bankruptcy Dept,
                 3476 Stateview Blvd,    Fort Mill, SC 29715-7200
                                                                                               TOTAL: 25

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21437514*      +Internal Revenue Service,    Centralized Insolvency Operations,   P.O. Box 7346,
                 Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2018 at the address(es) listed below:
              Ciro A. Mestres    on behalf of Creditor    Real Time Resolutions, Inc. ciro.mestres@mccalla.com
              David S. Weidenbaum    on behalf of U.S. Trustee    Office of the United States Trustee
               david.s.weidenbaum@usdoj.gov
              K. A. Foreman    on behalf of Debtor Walliang  Rosene kaforemanlaw@gmail.com,
               kaforemanlaw@netscape.net
              K. A. Foreman    on behalf of Joint Debtor Sophia Loretta Rosene kaforemanlaw@gmail.com,
               kaforemanlaw@netscape.net
              Kyle A. Cooper    kcooper@greenecooper.com,  ssanders@greenecooper.com;GA31@ecfcbis.com
              Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
              Radha E. Gordon    on behalf of Creditor    Select Portfolio Servicing Inc.
               Rgordon@aldridgepite.com, ecfganb@aldridgepite.com
                                                                                             TOTAL: 7
```